### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEASON TROUTMAN, #S07355,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 17-cv-00941-SMY |
| | ) |
| **JAMES MUTAYOBA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, and the parties having filed a Stipulation to Dismiss (Doc. 59), this action is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  June 8, 2020**

                                              **MARGARET M. ROBERTIE, CLERK OF COURT**

                                              **By:** *s/ Tanya Kelley*
                                              **Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*_____
                **STACI M. YANDLE**
                **United States District Judge**